■ WILLIAM WEISSMAN, Respondent, v. ARTHUR FRIEND et al., Appellants. — REYNOLDS, J. Appeal from an order of the Supreme Court, Sullivan County, denying appellants' motion to dismiss the respondent's complaint. Appellants assert that the present action is barred by *res judicata* (CPLR 3211, subd. [a], par. 5). It is clear, however, as Special Term properly noted that the present action for reformation of certain shareholders' agreements, certificates of incorporations and by-laws on the grounds of mutual mistake, mistake of the scrivener or mistake of the respondent and fraud of the appellants is a different cause of action from that previously asserted in which respondent sought to assert certain rights pursuant to such documents as then constituted. Accordingly, the prior judgment is not a bar to the present action (CPLR 3002, subd. [d]; e.g., *Smith* v. *Kirkpatrick*, 305 N. Y. 66; 3 Weinstein-Korn-Miller, N. Y. Civ. Prac., par. 3002.09; vol. 5, par. 5011.14). Order affirmed, with costs. Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.